IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02938-RPM

LEHMAN BROTHERS HOLDING, INC.,

    Plaintiff,
v.

ASCENT HOME LOANS, INC. d/b/a PLACER FINANCIAL INC.,

    Defendant.
_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [12] filed on December 14, 2010, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own fees and costs.

    DATED:   December 14th, 2010

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior Judge